NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNITRAC, LLC,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES AND
NORTHROP GRUMMAN SYSTEMS
CORPORATION,**
*Defendants-Appellees.*

———————————

2014-5034

———————————

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00581-EJD, Judge Edward J. Damich.

———————————

Before DYK, REYNA, and WALLACH, *Circuit Judges.*

PER CURIAM.

**O R D E R**

IT IS ORDERED THAT:

The judgment of the United States Court of Federal Claims is affirmed on the ground that the statute of limitations in 28 U.S.C. § 2501 bars Unitrac, LLC's claim.

FOR THE COURT

January 12, 2015                    /s/ Daniel E. O'Toole
         Date                        Daniel E. O'Toole
                                     Clerk of Court

cc:  Paul J. Hayes
     Kevin Gannon
     Stuart F. Delery
     John Fargo
     David M. Ruddy
     Benjamin S. Richards
     Michael A. Oblon
     Andrew E. Shipley
     Jeffrey N. Eisenstein